214 So.2d 159

Emile J. CHAMPAGNE

v.

The NORTHERN ASSURANCE COMPANY
OF AMERICA.

No. 49343.

Oct. 3, 1968.

In re: The Northern Assurance Company of America applying for certiorari or writ of review, to the Court of Appeal, First Circuit, Parish of Washington. 210 So.2d 68.

Writ denied. On the facts found by the Court of Appeal we find no error of law in its judgment.

214 So.2d 160

Wilfred Ray CARLIN

v.

ILLINOIS CENTRAL RAILROAD
COMPANY.

No. 49344.

Oct. 3, 1968.

In re: Wilfred Ray Carlin applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 210 So.2d 95.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.